DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE GOMEZ-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-07-228 EJG |
| ) | CR-S-06-089 EJG |
| Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| ) | |
| JOSE GOMEZ-MARTINEZ, ) | Date: October 12, 2007 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Edward J. Garcia |
| ) | |
| _____ ) | |

    This matter came on for Status Conference on August 31, 2007, in the courtroom of the Honorable Edward J. Garcia. Assistant United States Attorney Michael Beckwith (for Kyle Reardon) appeared on behalf of plaintiff the United States of America. Assistant Federal Defender Matthew C. Bockmon appeared on behalf of defendant JOSE GOMEZ-MARTINEZ, who was present and in custody. After defendant accepted plaintiff's offer on the record in open court, a further status conference/change of plea hearing date of October 12, 2007, at 10:00 a.m. was set.

    Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv)

and Local Code T4, for preparation of counsel, from August 31, 2007, up to and including October 12, 2007.

Good cause appearing therefor,

IT IS ORDERED that a further status conference/change of plea hearing in this matter will be held on October 12, 2007, at 10:00 a.m.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from August 31, 2007, up to and including October 12, 2007, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

**O R D E R**

IT IS SO ORDERED.

Dated:  September 10, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge

Order After Hearing                              2