# United States District Court

## Eastern District of California

UNITED STATES OF AMERICA

v.

**JOSE GOMEZ-MARTINEZ AKA JOSE MARTINEZ GOMEZ**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:06CR089-01**

AFD Matthew Bockmon
Defendant's Attorney

## THE DEFENDANT:

[✔]   admitted guilt to violation of charge(s) 1 & 2  as alleged in the violation petition filed on  July 5, 2007 .

[ ]   was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | New law violation | 5/12/07 |
| 2 | Re-enter the United States Without Permission | 5/12/07 |

The court:  [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on  May 11, 2006 .

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

October 19, 2007
Date of Imposition of Sentence

/s/ Edward J. Garcia
Signature of Judicial Officer

**EDWARD J. GARCIA**, United States District Judge
Name & Title of Judicial Officer

October 26, 2007
Date

CASE NUMBER:          2:06CR089-01                                    Judgment - Page 2  of  2
DEFENDANT:            JOSE GOMEZ-MARTINEZ AKA JOSE MARTINEZ GOMEZ

# IMPRISONMENT

       The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months to run 7 months of which shall run consecutively with the sentence imposed in 2:07CR0228-01, this date and 5 months shall run concurrent to the sentence in 2:07CR0228-01.

[✔]      The court makes the following recommendations to the Bureau of Prisons:
        The Court recommends that the defendant be incarcerated in Lompoc, California, but only insofar as this accords with security classification and space availability.

[✔]      The defendant is remanded to the custody of the United States Marshal.

[ ]      The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

      Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

                                                 _____
                                               UNITED STATES MARSHAL

                                      By  _____
                                                Deputy U.S.  Marshal